# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: JEWASINSKI, CHRISTOPHER ANTHONY<br>JEWASINSKI, SUSAN LEE<br><br>Debtor(s) | § Case No. 10-75564<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 05/18/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 04/01/2011    By: /s/JOSEPH D. OLSEN
                           Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: JEWASINSKI, CHRISTOPHER ANTHONY　§　Case No. 10-75564
　　　　JEWASINSKI, SUSAN LEE　§
　§
Debtor(s)　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 11,135.91 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 11,135.91 |
| **Balance on hand:** | $ 11,135.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: $ | 0.00 |
| Remaining balance: $ | 11,135.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,863.59 | 0.00 | 1,863.59 |
| Trustee, Expenses - JOSEPH D. OLSEN | 36.56 | 0.00 | 36.56 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: $ | 1,900.15 |
| Remaining balance: $ | 9,235.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: $ | 0.00 |
| Remaining balance: $ | 9,235.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,235.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,366.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,385.59 | 0.00 | 508.07 |
| 2 | Chase Bank USA, N.A. | 5,542.65 | 0.00 | 1,180.43 |
| 3 | Chase Bank USA, N.A | 2,142.25 | 0.00 | 456.24 |
| 4 | Capital Recovery IV LLC | 9,256.64 | 0.00 | 1,971.41 |
| 5 | Capital Recovery IV LLC | 4,442.32 | 0.00 | 946.09 |
| 6 | PYOD LLC its successors and assigns as assignee of | 14,296.63 | 0.00 | 3,044.78 |
| 7 | FIA Card Services, NA/Bank of America | 3,139.29 | 0.00 | 668.58 |
| 8 | GE Money Bank | 2,160.68 | 0.00 | 460.16 |

Total to be paid for timely general unsecured claims: $ 9,235.76
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-75564-MB
Christopher Anthony Jewasinski                                          Chapter 7
Susan Lee Jewasinski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez           Page 1 of 2          Date Rcvd: Apr 28, 2011
                              Form ID: pdf006         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2011.
```
db/jdb     +Christopher Anthony Jewasinski,    Susan Lee Jewasinski,    3104 Pond End Lane,
             Wonder Lake, IL 60097-7554
aty        +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty        +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty        +Scott A Bentley,    Law Office of Scott A. Bentley,    618 S. Route 31,    Suite 1,
             McHenry, IL 60050-8273
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16391500    AT&T Universal Card,    PO BOX 6500,    Sioux Falls, SD 57117-6500
16391501    Bank of America,    PO BOX 15026,    Wilmington, DE 19886-5026
16391502    Bank of America,    PO BOX 21848,    Greensboro, NC 27420-1848
16391503    Bank of America Mortgage Corporation,    PO BOX 650070,    Dallas, TX 75265-0070
16391505    Chase Bank,    PO BOX 15298,    Wilmington, DE 19886-5298
16677294    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16777785   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16391508   +Dex,    ATTN: Customer Care,    1615 Bluff City Hwy,    Bristol, TN 37620-6055
16391511    Harris Bank,    PO BOX 6201,    Carol Stream, IL 60197-6201
16894794   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16391514   +Penncro Associates,    o/b/o Bank of America,    95 James Way, Ste 113,
             Southampton, PA 18966-3847
16391516    The Home Depot,    Processing Center,    PO BOX 689100,    Des Moines, IA 50368-9100
16391517   +Tritium Card Services,    o/b/o Kohls,    865 Merrick Aven. 4th Fl,    Westbury, NY 11590-6695
16391519   +Wells Fargo,    PO BOX 10347,    Des Moines, IA 50306-0347
16391520    Wells Fargo Home Mortgage,    PO BOX 5169,    Sioux Falls, SD 57117-5169
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16391504   +E-mail/Text: jraichel@cms-collect.com Apr 28 2011 23:28:22     Capital Management,
             o/b/o Home Depot,    726 Exchange Street,    Buffalo, NY 14210-1484
16861573    E-mail/PDF: rmscedi@recoverycorp.com Apr 29 2011 01:15:25      Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16391509    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 29 2011 01:23:43      Discover Card,    PO BOX 30943,
             Salt Lake City, UT 84130
16595272    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 29 2011 01:23:43      Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
16991413    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2011 01:13:07
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK 73124-8809
16391510   +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2011 01:15:23      GE Money Bank,
             ATTN: Bankruptcy Dept.,    PO BOX 103104,    Roswell, GA 30076-9104
16993770    E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2011 00:25:01      GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16391512    E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2011 00:25:00      JC Penney Card,    PO BOX 981131,
             El Paso, TX 79998-1131
16391513    E-mail/PDF: cr-bankruptcy@kohls.com Apr 29 2011 00:42:54      Kohls,    PO Box 3043,
             Milwaukee, WI 53201-3043
16391515    E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2011 00:25:00      Sam's Club,    PO Box 530942,
             Atlanta, GA 30353-0942
16391518    E-mail/PDF: ucsinc@unitedcreditservice.com Apr 29 2011 01:14:19      UCS, Inc.,    o/b/o Citi,
             15 N. Lincoln St, PO Box 740,    Elkhorn, WSI 53121-0740
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16391506*   Chase Bank,    PO BOX 15298,    Wilmington, DE 19886-5298
16391507   ##+Citibank,    PO BOX 6000,    The Lakes, NV 88901-6000
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Apr 28, 2011
                              Form ID: pdf006            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2011**                    **Signature:** *Joseph Speetjens*