**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  JEWASINSKI, CHRISTOPHER ANTHONY       §   Case No. 10-75564
       JEWASINSKI, SUSAN LEE       §
              §
Debtor(s)       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $316,057.52 *(without deducting any secured claims)* | Assets Exempt:  $42,532.52 |
| Total Distribution to Claimants: $9,235.76 | Claims Discharged Without Payment:  $34,130.29 |
| Total Expenses of Administration: $1,900.15 | |

3) Total gross receipts of $ 11,135.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,135.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,900.15 | 1,900.15 | 1,900.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 43,366.05 | 43,366.05 | 9,235.76 |
| **TOTAL DISBURSEMENTS** | $0.00 | $45,266.20 | $45,266.20 | $11,135.91 |

4) This case was originally filed under Chapter 7 on November 08, 2010. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2011           By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock A/C @ Merrill Lynch | 1229-000 | 11,135.84 |
| Interest Income | 1270-000 | 0.07 |
| **TOTAL GROSS RECEIPTS** | | **$11,135.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,863.59 | 1,863.59 | 1,863.59 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 36.56 | 36.56 | 36.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,900.15 | 1,900.15 | 1,900.15 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,385.59 | 2,385.59 | 508.07 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,542.65 | 5,542.65 | 1,180.43 |
| 3 | Chase Bank USA,N.A | 7100-000 | N/A | 2,142.25 | 2,142.25 | 456.24 |
| 4 | Capital Recovery IV LLC | 7100-000 | N/A | 9,256.64 | 9,256.64 | 1,971.41 |
| 5 | Capital Recovery IV LLC | 7100-000 | N/A | 4,442.32 | 4,442.32 | 946.09 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,296.63 | 14,296.63 | 3,044.78 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 3,139.29 | 3,139.29 | 668.58 |
| 8 | GE Money Bank | 7100-000 | N/A | 2,160.68 | 2,160.68 | 460.16 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 43,366.05 | 43,366.05 | 9,235.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75564  
**Case Name:** JEWASINSKI, CHRISTOPHER ANTHONY  
JEWASINSKI, SUSAN LEE  
**Period Ending:** 06/20/11

**Trustee:**   (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/08/10 (f)  
**§341(a) Meeting Date:** 12/16/10  
**Claims Bar Date:** 03/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 0 - AdDebtors Residence, X-0933104 Pond End 3-30 | 247,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account certificates of deposit, or sha | 6.99 | 0.00 | DA | 0.00 | FA |
| 3 | 192Savings Account of America BOX 25118 FL 33622 | 0.53 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous household goods and video, and com | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books, pictures, etc. stamp, coin, | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous sports equipment | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Business | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Chevrolet Suburban and accessories. | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | e PDATV (2) | 2,350.00 | 0.00 | DA | 0.00 | FA |
| 13 | Stock A/C @ Merrill Lynch  (u) | 0.00 | 8,400.00 | | 11,135.84 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.07 | FA |
| 14 | Assets   Totals (Excluding unknown values) | **$316,057.52** | **$8,400.00** | | **$11,135.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011    **Current Projected Date Of Final Report (TFR):**   March 31, 2011  (Actual)

Printed: 06/20/2011 03:05 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75564  
**Case Name:** JEWASINSKI, CHRISTOPHER ANTHONY  
JEWASINSKI, SUSAN LEE  
**Taxpayer ID #:** **-***0570  
**Period Ending:** 06/20/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/11 | {13} | Merrill Lynch | turnover stock | 1229-000 | 11,135.84 | | 11,135.84 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 11,135.91 |
| 04/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 11,135.91 |
| 04/01/11 | | To Account #9200******9966 | Prep. of F. Rpt | 9999-000 | | 11,135.91 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 11,135.91 | 11,135.91 | $0.00 |
| Less: Bank Transfers | 0.00 | 11,135.91 | |
| **Subtotal** | **11,135.91** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,135.91** | **$0.00** | |

{} Asset reference(s)

Printed: 06/20/2011 03:05 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75564  
**Case Name:** JEWASINSKI, CHRISTOPHER ANTHONY  
JEWASINSKI, SUSAN LEE  
**Taxpayer ID #:** **-***0570  
**Period Ending:** 06/20/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/11 | | From Account #9200******9965 | Prep. of F. Rpt | 9999-000 | 11,135.91 | | 11,135.91 |
| 05/18/11 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,863.59, Trustee Compensation;  Reference: | 2100-000 | | 1,863.59 | 9,272.32 |
| 05/18/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $36.56, Trustee Expenses;  Reference: | 2200-000 | | 36.56 | 9,235.76 |
| 05/18/11 | 103 | Discover Bank | Dividend paid 21.29% on $2,385.59; Claim# 1; Filed: $2,385.59; Reference: | 7100-000 | | 508.07 | 8,727.69 |
| 05/18/11 | 104 | Chase Bank USA, N.A. | Dividend paid 21.29% on $5,542.65; Claim# 2; Filed: $5,542.65; Reference: | 7100-000 | | 1,180.43 | 7,547.26 |
| 05/18/11 | 105 | Chase Bank USA,N.A | Dividend paid 21.29% on $2,142.25; Claim# 3; Filed: $2,142.25; Reference: | 7100-000 | | 456.24 | 7,091.02 |
| 05/18/11 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 21.29% on $14,296.63; Claim# 6; Filed: $14,296.63; Reference: | 7100-000 | | 3,044.78 | 4,046.24 |
| 05/18/11 | 107 | FIA Card Services, NA/Bank of America | Dividend paid 21.29% on $3,139.29; Claim# 7; Filed: $3,139.29; Reference: | 7100-000 | | 668.58 | 3,377.66 |
| 05/18/11 | 108 | GE Money Bank | Dividend paid 21.29% on $2,160.68; Claim# 8; Filed: $2,160.68; Reference: | 7100-000 | | 460.16 | 2,917.50 |
| 05/18/11 | 109 | Capital Recovery IV LLC | Combined Check for Claims#4,5 | | | 2,917.50 | 0.00 |
| | | | Dividend paid 21.29%    1,971.41 on $9,256.64;  Claim# 4; Filed: $9,256.64 | 7100-000 | | | 0.00 |
| | | | Dividend paid 21.29%    946.09 on $4,442.32;  Claim# 5; Filed: $4,442.32 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 11,135.91 | 11,135.91    $0.00 |
| Less: Bank Transfers | 11,135.91 | 0.00 |
| **Subtotal** | 0.00 | 11,135.91 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$11,135.91** |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |   | |
|---|---|---|---|
| **Case Number:** | 10-75564 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | JEWASINSKI, CHRISTOPHER ANTHONY | **Bank Name:** | The Bank of New York Mellon |
| | JEWASINSKI, SUSAN LEE | **Account:** | 9200-******99-66 - Checking Account |
| **Taxpayer ID #:** | **-***0570 | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 06/20/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

Net Receipts : 11,135.91
_____
Net Estate : $11,135.91

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******99-65 | 11,135.91 | 0.00 | 0.00 |
| Checking # 9200-******99-66 | 0.00 | 11,135.91 | 0.00 |
| | $11,135.91 | $11,135.91 | $0.00 |

{} Asset reference(s)   Printed: 06/20/2011 03:05 PM   V.12.56